IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| $17,185.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 3, 2005, file their Report of Parties' Planning Conference.

DATED September 16, 2005.

/s/  *David L. Piester*

United States Magistrate Judge