```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| $17,185.00 IN UNITED STATES CURRENCY, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. On September 16, 2005, the court informed the parties of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. Filing 9. No such report has been filed.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before January 26, 2006, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 12th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge