IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| $17,185.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Paragraph 14 of the progression order entered February 8, 2006 (filing 16) is amended as follows:

**Non-jury trial** is set to commence at 9:00 a.m., **June 8, 2006 for a duration of one trial day**, in Lincoln, Nebraska, before the undersigned magistrate judge.

DATED this 9th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge